# UNITED STATES DISTRICT COURT
for the
_____ District of \_\_

_____ Divi   **2:24-cv-00780-ART-EJY**

|   |   |
|---|---|
| **BRYAN HIYAS ©®** ) | Case No. |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)*  ✔ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | FILED ___ RECEIVED |
| ) | ___ ENTERED ___ SERVED ON |
| **ALLY FINANCIAL INC, UNITED STATES CORP.,** ) | COUNSEL/PARTIES OF RECORD |
| **FEDERAL TRADE COMMISSION,** ) | |
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** ) | APR 2 3 2024 |
| **& CONSUMER FINANCIAL PROTECTION BUREAU** ) | |
| *Defendant(s)* ) | CLERK US DISTRICT COURT |
| *(Write the full name of each defendant who is being sued. If the* ) | DISTRICT OF NEVADA |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | BY: _____ DEPUTY |
| *with the full list of names.)*  PARAMOUNT RECOVERY SERVICE | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | BRYAN HIYAS ©® |
   | Street Address | 1421 N Jones Blvd Unit #1133 |
   | City and County | Las Vegas - Clark County |
   | State and Zip Code | NV 89108 |
   | Telephone Number | (833) 764-3082 Ext 332 |
   | E-mail Address | mrtwister5959@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: ALLY FINANCIAL INC
    Job or Title (if known):
    Street Address: 500 Woodward Avenue
    City and County: Detroit - Wayne County
    State and Zip Code: Michigan 48226
    Telephone Number: (866) 710-4623
    E-mail Address (if known): support@ally.com

Defendant No. 2

    Name: UNITED STATES CORP.
    Job or Title (if known):
    Street Address: 1600 Pennsylvania Avenue NW
    City and County: Washington - District Of Columbia County
    State and Zip Code: DC 20500
    Telephone Number: (202) 456-1111
    E-mail Address (if known):

Defendant No. 3

    Name: FEDERAL TRADE COMMISSION (FTC)
    Job or Title (if known):
    Street Address: 600 Pennsylvania Avenue, NW
    City and County: Washington - District Of Columbia County
    State and Zip Code: DC 20580
    Telephone Number: (202) 326-2222
    E-mail Address (if known): oig@ftc.gov.

Defendant No. 4

    Name: U.S. SECURITIES AND EXCHANGE COMMISSION (SEC)
    Job or Title (if known):
    Street Address: 100 F Street, N.E.
    City and County: Washington - District Of Columbia County
    State and Zip Code: DC 20549
    Telephone Number: 202-551-2100
    E-mail Address (if known): Chair@sec.gov

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1344, 18 U.S. Code § 1951, 18 U.S. Code § 1952, 18 U.S. Code § 2319, 18 U.S. Code § 242, 18 U.S. Code § 241,18 U.S. Code § 112 (Internationally Protected Person), 18 U.S. Code § 878 (IPP), 18 U.S. Code § 514 - Fictitious obligations, [18 U.S. Code § 471 & 18 U.S. Code § 8 - Obligations or securities of United States,12 U.S. Code § 411, 31 U.S. Code § 3123], 18 U.S. Code § 1341, 18 U.S. Code § 2319, 18 USC 2320, 18 U.S. Code § 1038, 18 U.S. Code § 2381 - Treason, and

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)    "A debt is not paid by the giving of a note." Nolan Co. v Maryland Causality, 38f. Supp. 479 (1941).

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BRYAN HIYAS ©® used USPS mail and CFPB to communicate to ALLY FINANCIAL INC, and ALLY did not follow the law. ALLY violated security fraud and deprived the common law rights of BRYAN HIYAS ©® without due process of law by unlawful repossession of the private car(Stolen). Also, destroyed the reputation of BRYAN HIYAS ©® by reporting negative reports to the fake credit bureaus such as EXPERIAN, TRANSUNION, EQUIFAX, and etc per 15 U.S. Code §1692a(1). UNITED STATES CORP., FEDERAL TRADE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, PARAMOUNT RECOVERY SERVICE, and CONSUMER FINANCIAL PROTECTION BUREAU violated 18 U.S. Code § 241 for allowing crimes to happen regularly.

## IV. Relief

Therefore, they are considered part of an organized crime or corrupt organization (RICO).

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$500,000 per defendant per 18 U.S. Code § 3571(c)(3) which is a total of $3,000,000.

Plus "Liable 4 times for compensatory damages and 200 times for punitive damages for all of the violations/crimes." Pacific Mutual Life Insurance Company, Petitioner, v. Cleopatra Haslip et al. 499 U.S. 1 (1991) (111 S. Ct. 1032, 113 L.Ed.2d 1)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       04/17/2024

Signature of Plaintiff       /s/ Bryan Hiyas UCC §1-308
Printed Name of Plaintiff    BRYAN HIYAS ©®

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

BRYAN HIYAS ©® (Plaintiff)

-v-
(Defendants)
ALLY FINANCIAL INC,
UNITED STATES CORP.,
FEDERAL TRADE COMMISSION,
U.S.SECURITIES AND EXCHANGE COMMISSION,
CONSUMER FINANCIAL PROTECTION BUREAU,
PARAMOUNT RECOVERY SERVICE

Defendant No. 5
    Name    CONSUMER FINANCIAL PROTECTION BUREAU (CFPB)
    Job or Title (if known)
    Street Address    1700 G Street NW, Washington DC
    City and County    Washington - District Of Columbia County
    State and Zip Code    DC 20006
    Telephone Number    (202) 435-7000
    E-mail Address (if known)    CFPB_Litigation@cfpb.gov

Defendant No. 6
    Name    PARAMOUNT RECOVERY SERVICE
    Job or Title (if known)
    Street Address    2828 COCHRAN ST #336
    City and County    Simi Valley - Ventura County
    State and Zip Code    CA 93065
    Telephone Number    213-310-8201
    E-mail Address (if known)    INFO@DRIVEPARAMOUNT.COM
    Mailing Address    9010 CORBIN AVE. SUITE 17B NORTHRIDGE,CA 91324
    https://driveparamount.com/#about

III. Statement of Claim

Defendants (Organized Group of Criminals) also violated these laws below:
1. 15 U.S. Code § 1605 - Not including Insurance and/or other fees in the finance charge
2. 15 U.S. Code § 1662 - Unlawful requirement of downpayment.
3. 12 CFR 1002.4 (a) - High Rates/APR due to bad credit and/ or other criteria. (Discrimination)
4. Violated Security Fraud - Page 44 of Section 6.04. Rights and Remedies Cumulative. of ALLY FINANCIAL INC., and THE BANK OF NEW YORK MELLON, PURCHASE CONTRACT AGREEMENT - They want BRYAN HIYAS ©® to mutilate, destroy, lose, or steal the security which is the bottom part of the security. The top part is the bond and the bottom part is the coupon.

    a. Page 43 Article 6 Section 6.01. Unconditional Right of Holders to Receive Shares of Common Stock of ALLY FINANCIAL INC., and THE BANK OF NEW YORK MELLON, PURCHASE CONTRACT AGREEMENT - They did not pay BRYAN HIYAS ©® as an investor and/ or a Holder of the Purchase Contract

5. Mail Fraud - It's illegal to send a statement or bill by mail unless the product or service has been approved or endorsed by the federal government, and the offer is being made by an agency of the federal government. It is considered mail fraud. **39 U.S. Code § 3001 (Mail Fraud)**
    a. The monthly bills that were mailed were a fraud because securities need to be sent via registered mail. **(31 CFR § 328.7)**
    b. **39 U.S. Code § 3001(d)(A)** - It must include that "This is a solicitation for the order of goods or services, or both, and not a bill, invoice, or statement of account due. You are under no obligation to make any payments on account of this offer unless you accept this offer."

6. Equal Credit Opportunity Act / Truth in Lending Act Regulation Z (Penalty, twice the Amount).
7. Fair Credit Reporting Act / 15 U.S. Code § 1611 - False & Inaccurate information.
8. Violated Indentured Trustee of 1939 - The Trust Indenture Act (TIA) of 1939 is a law that prohibited bond issues valued over $10 million from being offered for sale without a formal written agreement (an indenture). Both the bond issuer and the bondholder must sign the indenture, and it must fully disclose the particulars of the bond issue.
9. Fair Debt Collections Practice Act / 15 U.S. Code § 1692 - Debt collection practices.
10. CFPB § 1026.23 Right of Rescission (cancellation)/ **15 U.S. Code § 1635** - Full Disclosure of everything especially the specie of money that they were demanding. Federal Reserve Note is a promissory note.
11. The financing of an automobile by a bank was not a consumer loan transaction where the bank was only the assignee of the automobile Sales contract and therefore acted illegally in taking security in addition to the purchased automobile. **First Nat. Bank v La Joie (Okla) 537 P2d 1207, 86. ALR3d 309.**
12. "Constructive Fraud, as well as actual fraud, may be the bases of cancellation of an instrument." (El Paso Natural Gas Co. v Kysar Insurance Co., 605 Pacific 2d. 240 (1979)).
13. "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." **Clearfield Trust Co. v. United States 318 U.S. 363 (1943)**
    a. 28 U.S. Code § 3002(15)(c) - ALLY FINANCIAL, INC is an instrumentality or extension of the United States Corporation **[28 U.S. Code § 3002(15)(a)]**
14. "All codes, rules, and regulations are for government authorities only, not human/Creators" **Rodrigues v. Ray Donovan, U.S. Department of Labor, 769 F.2d 1344 (1985)**
15. "All laws which are repugnant to the Constitution are null and void." Marbury vs. Madison, **5 U.S. (1 Cranch) 137 (1803)**

16. "If you've relied on prior decisions of the Supreme Court you have a perfect defense for willfulness." **U.S. v. Bishop, 412 U.S. 346 (1973)**
    a. Communicated to ALLY FINANCIAL, INC through CFPB but they prefer to violate the law and be a criminal
    b. Notice to the agent is a notice to the principal/ executives. Notification of legal responsibility is the first essential of due process of law. **Connally v. General Construction Co., 269 U.S. 385 (1926).**
    c. **Pursuant to: Carmine v. Bowen, 64 A. 932, 1906,** silence activates estoppel. They agreed to be sued and pay the penalties because they did not rebut the affidavits using the law that was sent by certified mail and online through CFPB.
    d. **EXHAUSTION OF REMEDY** The doctrine of exhaustion of remedies prevents a litigant from seeking a remedy in a new court or jurisdiction until all claims or remedies have been exhausted (pursued as fully as possible) in the original one. The doctrine was originally created by case law based on the principles of comity.

17. "The common law is the real law, the supreme law of the land. The code, rules, regulations, policy, and statutes are not law." **Self v. Rhay, 61 Wn. 2d 261, 61 Wash. 2d 261, 377 P.2d 885 (Wash. 1963)**



# Affidavit of Truth

I, Bryan Edward Aguilar Hiyas ©, declare that I am a Nevada Republic Sovereign,
Noncitizen National of the U.S. ((8 U.S. Code §1101(a)(21), 42 CFR 61.1(b) & Public Law 94-241 Section 302),
Internationally Protected Person (18 U.S. Code § 112), and an Attorney-in-Fact (15 U.S. Code § 1) for the all caps strawman name BRYAN EDWARD AGUILAR HIYAS ©®. Sovereign means a king (**Black's Law Dictionary, 4th Edition**). Strawman means " A third party who is put up in name only to take part in a transaction; nominal party to a transaction." (**Black's Law Dictionary 6th Edition**).

1. **In re Fox 52 N.Y. 535 11 Am. Rep. 751 US v Fox 94 US 315 24 L. Ed. 192** which states in pertinent part: "A sovereign is not a person in a legal sense."
2. **Burgin v. Forbes 293 Ky. 456, 169 S.W. 2d 321, 325** Established that when a word is specifically designated as being included, all other similar words are excluded. In Latin it translates as INCLUSIO UNIUS EST EXCLUSIO ALTERIUS (See Black's Law definitions). The inclusion of one is the exclusion of another. The certain designation of one person is an absolute exclusion of all others; if the law only talks about the person, then it's only corporate.
3. **Caha v. United States 152 US 211 (1894) [verified].** "The laws of congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government." "It is necessary that a sufficient statutory authority should exist for declaring any act or omission a criminal offense; and we do not think that the statutory authority in the present case is sufficient." "Every person who, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury."
4. **The Cherokee Nation v. The State of Georgia, 30 U.S. 1; 8 L. Ed. 25 (1831)** The U.S. Supreme Court stated that "The terms "state" and "nation" are used in the law of nations, as well as in common parlance, as importing the same thing."
5. **US v. United Mine Workers 330 US 258 (1947).** In common usage, term "persons" does not include the sovereign and statutes employing it will ordinarily not be construed to do so. Title 1 U.S.C., Section 1, note 12. This is a form of diplomatic immunity. While you are not excused from the consequences of any legitimate crimes which you may commit against real parties, in which you cause damage to another man or woman Citizen, as a sovereign, you cannot be forced to comply with arbitrary administrative regulations imposed by Congress on "federal" citizens.
6. **US vs. Valentine 288 F. Supp. 957 (1968)** it was decided that: "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."
7. **Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L. Ed. 1143, 56 S. Ct. 773** The U.S. citizens [citizens of the District of Columbia] residing in one the states of the union, are classified as property and franchises of the federal government as an "individual entity".

The all-caps strawman name, BRYAN EDWARD AGUILAR HIYAS ©®, is also considered a trust and an unincorporated corporation (**15 U.S. Code § 44**). Bryan Edward Aguilar Hiyas © is the holder in due course and has the power of attorney for the all caps strawman name. (**15 U.S. Code § 7; 15 U.S. Code § 44; 16 CFR § 433.1; GA Code § 1-2-1) (Copyright Infringement and Registered Mark Infringement**) It's copyrighted from copyrightdepot.com which is valid per Berne Convention within 177 Berne Convention's countries. It's also a registered mark/ trademark, and has a New York UCC1 filing that declares it.

I, Bryan Edward Aguilar Hiyas ©, reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily, and/or intentionally. **(UCC § 1-308)**

Under the common law, as long a living man does not infringe upon the rights of others and keeps all agreements entered into "knowingly, intentionally, and voluntarily", they are absolutely free to legally conduct their lives and/or businesses in any manner they choose.

Notice to the agent is a notice to the principal/ executives. Notification of legal responsibility is the first essential of due process of law. **Connally v. General Construction Co., 269 U.S. 385 (1926).**

**CERTIFICATION** Affidavit pursuant to 28 United States Code, Title 1746 and Public Law 94-550, § 1(a). See Dickerson vs. Wainwright, 626 F.2d Title 1184 (5th Cir. 1980), held the affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have the same effect.

I declare under penalty of perjury under the laws of the United States of America Republic that the foregoing is true and correct.
Executed on April 17, 2024.

Void Where Prohibited By Law

/s/ Bryan Edward A. Hiyas ©
All Rights Reserved Without Prejudice UCC §1-308
Attorney-in-Fact (15 U.S. Code § 1)
Noncitizen National of the U.S. (8 U.S. Code § 1101(a)(21) & Public Law 94-241 Section 302 )
Internationally Protected Person (18 U.S. Code § 112)
Nor be deprived of life, liberty, or property, without due process of law (18 U.S. Code § 242)



# Affidavit of Fee Schedule

1. Combined MUNICIPAL and Territorial Notices of Violation(s) against Americans and Failure(s) to Perform any or all occurrences listed below in this Section

# $ 82,000,000.00

    a. NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

    b. Notice of Violation of Lanham Act --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

    c. Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

    d. Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

    e. Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

    f. Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

    g. Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

    h. Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

    i. Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

    j. Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

    k. Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

2. **Private Easements - Schedule**
Penalty for Private Use      $ 80,000,000.00
These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, and seizure orders.

**Compulsion to Produce Trade Name or Other Identification Materials:**
    a. Name      $ 80,000.00
    b. Driver License Number      $ 80,000.00
    c. Social Security Number      $ 800,000.00
    d. Retinal Scans      $ 80,000,000.00
    e. Fingerprinting      $ 80,000,000.00

**Issuance of Traffic Citations and Tickets of any Traffic Nature:**

| | |
|---|---|
| h. Citations | $ 800,000.00 |
| i. Warning issued on paper ticket | $ 800,000.00 |

**Appearance in Court Because of Traffic Citations**

| | |
|---|---|
| j. Time in court; per 33 mins, 33 minutes minimum. | $ 80,000.00 |
| k. If fine is imposed | $ 800,000.00 |

**Personal Property Trespass, Carjacking, Theft, Interference with Commerce or Trade**

| | |
|---|---|
| l. Agency by Estoppel | $ 8,000,000.00 |
| m. Color of Law | $ 8,000,000.00 |
| n. Implied Color of Law | $ 8,000,000.00 |
| o. Criminal Coercion | $ 8,000,000.00 |
| p. Criminal Contempt of Court | $ 8,000,000.00 |
| q. Estoppel by Election | $ 8,000,000.00 |
| r. Estoppel by Laches | $ 8,000,000.00 |
| s. Equitable Estoppel | $ 8,000,000.00 |
| t. Fraud | $ 800,000,000.00 |
| u. Fraud upon the Court | $ 800,000,000.00 |
| v. Larceny | $ 8,000,000.00 |
| w. Grand Larceny | $ 8,000,000.00 |
| x. Larceny by Extortion | $ 80,000,000.00 |
| y. Larceny by Trick | $ 80,000,000.00 |
| z. Obstruction of Justice | $ 8,000,000.00 |
| aa. Obtaining Property by False Pretenses | $ 80,000,000.00 |
| bb. Simulating Legal Process | $ 800,000,000.00 |
| cc. Vexatious Litigation | $ 800,000,000.00 |
| dd. Trespass upon motor conveyance | $ 8,000,000.00 |
| ee. Unauthorized relocation of motor conveyance | $ 80,000,000.00 |
| ff. Seizure of motor conveyance | $ 80,000,000.00 |
| gg. Theft of license plate | $ 80,000.00 |
| hh. Unlawful lien on motor conveyance | $ 80,000,000.00 |

**Use of Trade Name and Copyright Protected Material Under Threat, Duress, and/ or Coercion:**

| | |
|---|---|
| ii. Name written by the informant | $ 80,000,000.00 |
| jj. Driver's License information written by informant | $ 8,000,000.00 |
| kk. Social Security Number written by informant | $ 80,000,000.00 |
| ll. Miscellaneous material written by informant | $ 80,000,000.00 |

**Produce any Personal Information/Property for Any Kind of Business Interaction:**

| | |
|---|---|
| mm. Financial information | $ 800,000,000.00 |
| nn. Property inside of motor vehicle | $ 8,000,000.00 |

**Time Usage for Traffic Stops (by 33-minute increments):**

| | |
|---|---|
| 33 minutes | $ 80,000.00 |
| 66 minutes | $ 800,000.00 |
| 99 minutes or more | $ 80,000,000.00 |

**3. Court Appearance - Schedule**
These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of **$800,000.00** for breach of contract.

    **c. Drivers License**
        1. Under protest and duress:     $ 80,000,000.00
        2. Voluntarily     $ 8,000,000.00
    **d. Social Security Number**
        1. Under protest and duress:     $ 80,000,000.00
        2. Voluntarily     $ 8,000,000.00
    **e. Miscellaneous Material**     $ 82,000,000.00

**Produce Any Personal Information for Any Kind of Business Interaction:**
    f. Financial Information     $ 8,000,000.00
    g. Drivers License     $ 8,000,000.00
    h. Social Security Number     $ 8,000,000.00
    i. Any documents produced by me - per document     $ 8,000,000.00

**Time Usage for Court Appearances:**
    j. 33 minutes
        1. Under Protest and Duress     $ 8,000,000.00
        2. Voluntarily     $ 800,000.00
    k. 66 minutes
        1. Under Protest and Duress     $ 80,000,000.00
        2. Voluntarily     $ 800,000.00
    l. 99 minutes or more
        1. Under Protest and Duress     $ 800,000,000.00
        2. Voluntarily     $ 800,000.00

**4. Trespass and/or Failure to Act - Schedule**
**Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s), and other fictional entities as well as all others who desire to contract:**
    A. Trespass on American Homestead Land     $ 80,000,000.00
    B. Trespass of American Land Patent     $ 80,000,000.00
    C. Failure of Attorney to File requested FARA Form     $ 8,000,000.00
    D. Failure to Accept American State National Card     $ 8,000,000.00
    E. Failure to honor God Given Rights     $ 8,000,000.00
    F. Failure to honor Oath of Office     $ 8,000,000.00
    G. Failure to honor Constitutional Oath     $ 80,000,000.00
    H. Failure to honor Written and/or Oral Word     $ 80,000,000.00
    I. Silence/Dishonor/Default     $ 8,000,000.00
    J. Failure to honor/No Bond     $ 8,000,000.00
    K. Phone call to telephone number used by Priority Creditor including from alleged debt collectors; per each     $ 800,000.00
    L. Telephone message left on Priority Creditor phone service or equipment; per each     $ 800,000.00
    M. Use of Street Address/Mailing location of Priority Creditor; per each     $ 800,000.00
    N. Time Waiting for Scheduled Service; per hour, 1 hour min.     $ 80,000.00
    O. Detention from Free Movement and/or cuffed; per hour, 1 hour min.     $ 80,000.00
    P. Incarceration; per hour, 1 hour min.     $ 80,000.00
    Q. Failure to Follow Federal and/or State Statutes, Codes, Rules, and/or Regulations     $ 8,000,000.00
    R. Failure to State a Claim upon which Relief Can Be Granted     $ 8,000,000.00
    S. Failure to Present a Living Injured Party     $ 8,000,000.00
    T. Failure to Provide Contract Signed by the Parties; per occurrence and includes any Third Party Defendant     $ 8,000,000.00

| | | |
|---|---|---|
| AA. | Failure to pay Counterclaim in full within thirty (30) calendar days of default as set forth herein | $ 80,000,000.00 |
| BB. | Perverting of Justice Judgment; per occurrence and includes any Third Party Defendant | $ 80,000,000.00 |
| CC. | Use of Common-law Tradename/Trademark after one warning; each occurrence | $ 8,000,000.00 |
| DD. | Forcing psychiatric evaluations; per day | $ 80,000,000.00 |
| EE. | Refusal to provide adequate and proper nutrition while incarcerated; per day | $ 80,000,000.00 |
| FF. | Refusal to provide proper exercise while incarcerated; per day | $ 80,000,000.00 |
| GG. | Refusal to provide proper dental care while Incarcerated; per day | $ 80,000,000.00 |
| HH. | Forced giving of body fluids; per day | $ 800,000,000.00 |
| II. | Forced injections/inoculations/vaccines; per day | $ 800,000,000.00 |
| JJ. | Forced separation from marriage contract; per day | $ 80,000,000.00 |
| KK. | Confiscation/kidnapping of a body not a US Citizen; per day | $ 80,000,000.00 |
| LL. | Corporate State continuing a mortgage for more than five years in violation of the Banking Act of 1864 which takes precedence over current Statutes at large; per day | $ 80,000,000.00 |
| MM. | Attempted extortion of funds from birth certificate account, social security account, or any other associated accounts by fraud, deception and/or forgery by any agent, entity, or corporation; per count or charge | $ 8,000,000.00 |
| NN. | Attempted extortion of signature; per count or charge | $ 8,000,000.00 |
| OO. | Attempted forgery of signature; per count or charge | $ 80,000,000.00 |
| PP. | Installation of a "Smart Meter" on homestead; per each | $ 80,000,000,000,000.00 |

**5. Kidnapping**
**(If an alleged officer removes a free soul more than 0.332 feet from the free soul's property without just cause & without an injured party, then it is kidnapping)**          $ 80,000,000.00

**6. Services to others and/or Corporation(s) Schedule:**
    a. Studying
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00
    b. Analyzing
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00
    c. Research
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00
    d. Preparing Documents
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00
    e. Answering
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00
    f. Providing Information
        1. Voluntarily; per hour                                                                                          $ 800,000.00
        2. Under Threat, Duress, Coercion; per hour                                           $ 80,000,000.00

Total damages for each line item set forth in the above Schedule will be assessed as the total amount of the damages as set forth herein times four (4) for a total of all damages added to (4) times the damages for punitive or other additional damages.

USPTO Serial Number: 97467674

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon May 29 03:17:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] Record 1 out of 250

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

BRYAN EDWARD AGUILAR HIYAS

| | |
|---|---|
| Word Mark | BRYAN EDWARD AGUILAR HIYAS |
| Goods and Services | IC 035. US 100 101 102 G & S: Business management. FIRST USE: 20220621 FIRST USE IN COMMERCE: 20220621 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 97467674 |
| Filing Date | June 21, 2022 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Hiyas, Bryan Edward Aguilar ® AKA Bryan Hiyas ® INDIVIDUAL UNITED STATES c/o 4546 El Camino Real B10 #733 Los Altos CALIFORNIA 94022 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Other Data | The name BRYAN EDWARD AGUILAR HIYAS identifies a living individual whose consent is of record |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## 18 U.S. Code § 2320 - Trafficking in counterfeit goods or services

(a) OffenSeS.—Whoever intentionally—

(1) traffics in goods or services and knowingly uses a counterfeit mark on or in connection with such goods or services,

(2) traffics in labels, patches, stickers, wrappers, badges, emblems, medallions, charms, boxes, containers, cans, cases, hangtags, documentation, or packaging of any type or nature, knowing that a counterfeit mark has been applied thereto, the use of which is likely to cause confusion, to cause mistake, or to deceive,

(3) traffics in goods or services knowing that such good or service is a counterfeit military good or service the use, malfunction, or failure of which is likely to cause serious bodily injury or death, the disclosure of classified information, impairment of combat operations, or other significant harm to a combat operation

| | |
|---|---|
| **First name** | ***** |
| **Last name** | ***** |
| **Pseudonym** | Bryan Edward Aguilar Hiyas ©, A Living Man |
| **City** | Los Altos |
| **Country** | United States of America |



## Copyright number

## 00076161-1

**Received on**

2022-09-13 05:20:11

**Solo Author**

Yes

**Category**

Other > Confidential creation

**Title**

Bryan Edward Aguilar Hiyas ©, A Living Man

**Description**

Bryan Edward Aguilar Hiyas © is a living man and an American National (8 USC §1101(a)(22)) protected by the common law. UCC 1-308

Public Law 94-241 Section 302: " 'I Bryan Edward Aguilar Hiyas © being duly sworn, hereby declare my intention to be a national but not a citizen of the United States.' "



9

Berne Convention
The Berne Convention is an international agreement between 177 countries governing copyrights. It also enforces a requirement that countries recognize copyrights held by the citizens of all other signatory countries.

| | |
|---|---|
| **First name** | Bryan |
| **Last name** | Hiyas |
| **City** | Los Altos |
| **Country** | United States of America |



## Copyright number

## 00080725-1

### Received on

2023-05-28 08:48:18

### Sole Author

Yes

### Category

Other > Confidential creation

### Title

BRYAN EDWARD AGUILAR HIYAS ©®

### Description

Bryan Edward Aguilar Hiyas © is the Holder in Due Course, Owner, and/or the Attorney-in-Fact (15 U.S. Code §1) of the strawman name BRYAN EDWARD AGUILAR HIYAS ©®

If you use without written consent, then you agree to pay the owner 33,000 lbs of gold and $28,000,000. Also, 13 years in jail. UCC 1-308

Manage services    4

0410781                2024 Mar 06 PM06:34

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sovereign Bryan Hiyas ©

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

201 Allen St Unit #10033
New York, NY 10002, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | BRYAN EDWARD AGUILAR HIYAS ©®, A Legal Entity | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS c/o No. 2 Amorsolo Street, Legazpi Village,, Makati Medical Center | CITY Makati | STATE PH | POSTAL CODE 1229 | COUNTRY PHL |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Admiralty Maritime Law | 1f. JURISDICTION OF ORGANIZATION Not Common Law | 1g. ORGANIZATIONAL ID #, if any 8(b) ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME Hiyas ©, A Living Man | FIRST NAME Bryan Edward | MIDDLE NAME Aguilar | | SUFFIX |
| 3c. MAILING ADDRESS c/o Rural Free Delivery | CITY New York | STATE NY | POSTAL CODE 00000 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:
See Collateral Attachment

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA NONCITIZEN NATIONAL OF THE U.S.;18 U.S. CODE § 112

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-20240306814009**

**COLLATERAL ATTACHMENT** 0410781 2024 Mar 08 PM09:34 pg. 1

Bryan Edward Aguilar Hiyas © is the Holder in Due Course, Owner, and/or the Attorney-in-Fact (15 U.S. Code § 1) of the strawman name BRYAN EDWARD AGUILAR HIYAS ©®. CopyrightDepot.com Copyright Number 00080726-1 and 00076161-1 (18 U.S. Code § 2319) Valid Anywhere in the 177 Berne Convention's countries including the United States of America USPTO Trademark Serial Number: 97487874 (15 U.S. Code § 1114) Status: Live Bryan Edward Aguilar Hiyas © is a living man and cannot be involved in commerce/admiralty maritime law. The all caps strawman name, BRYAN EDWARD AGUILAR HIYAS ©®, can enter or be involved in commerce/admiralty maritime law because it's an unincorporated corporation (15 U.S. Code § 44). The all caps strawman name, BRYAN EDWARD AGUILAR HIYAS ©®, is also considered as a trust, estate, and/or an unincorporated corporation (15 U.S. Code § 44). The Driver's License, Social Security Card, Firearm Safety Certificate, Gun Licenses, Guns, Vehicles, Passport, Credit Cards, Personal/Business/Trust Bank Accounts, Businesses, and its assets, Trusts, Estates, Cest Que Vie Trust, and everything else currently and/or will own in the future under the name of BRYAN EDWARD AGUILAR HIYAS ©® including other variations and misspellings will be used as a collateral. If you use BRYAN EDWARD AGUILAR HIYAS ©® without written consent of approval, then you agree to pay the owner, Bryan Edward Aguilar Hiyas ©, 33,000 lbs of 24K gold/ pure gold and $28,000,000. Also, 13 years in jail and additional charges for offenders: 18 USC §112, §1341, §2073,§1349, §1038, and §242; 42 U.S. Code § 3617 and § 1982. If you did not provide a full disclosure in a contract or agreement, then same penalty payment of 33,000 lbs of 24K gold/ pure gold and $28,000,000 with at least 13 years in jail. You also agree that Bryan Edward Aguilar Hiyas © will own all of your personal assets, business assets, estate assets, and trust assets if you use the all caps name, BRYAN EDWARD AGUILAR HIYAS ©®, without a written consent. Bryan Edward Aguilar Hiyas © is a Noncitizen National of the U.S. (8USC § 1101(a)(21)), United States of America Republic Sovereign "The meaning of sovereignty is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 213 U.S. 347 (1909), and an Internationally Protected Person (18 U.S. Code § 112), Public Law 94-241 Sec 302 "I Bryan Edward Aguilar Hiyas © being duly sworn, hereby declare my intention to be a national but not a citizen of the United States.) " All Rights Reserved

Without Prejudice per UCC 1-308, Notice to the agent is a notice to the principal/ executives. Notification of legal responsibility is the first essential of due process of law. - Conrally v. General Construction Co., 269 U.S. 385, 391(1926). Silence activates estoppel. Carmine v. Bowen, 64 A. 932, 1906, "You are liable 4 times for compensatory damages and 200 times for punitive damages for all of the violations/crimes you have committed above." Pacific Mutual Life Insurance Company, Petitioner, v. Cleopatra Haslip et al. 499 U.S. 1 (1991) (111 S.Ct. 1032, 113 L.Ed.2d1). UCC1 filing anywhere in the United States shall be valid in any 50 states. Article 4 Section 1 of the U.S. Constitution Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.