Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| BRYAN HIYAS ©® | Case No. 2:24-cv-00780-ART-EJY |
| *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| ALLY FINANCIAL INC, UNITED STATES CORP., <br> FEDERAL TRADE COMMISSION, <br> U.S. SECURITIES AND EXCHANGE COMMISSION, <br> CONSUMER FINANCIAL PROTECTION BUREAU, <br> PARAMOUNT RECOVERY SERVICE <br> THE BANK OF NEW YORK MELLON CORPORATION <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | FILED / ENTERED <br> RECEIVED / SERVED ON <br> COUNSEL/PARTIES OF RECORD <br> MAY - 8 2024 <br> CLERK US DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: _____ DEPUTY |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BRYAN HIYAS ©® |
| Street Address | 1421 N Jones Blvd Unit #1133 |
| City and County | Las Vegas - Clark County |
| State and Zip Code | NV [89108] |
| Telephone Number | (833) 764-3082 Ext 332 |
| E-mail Address | mrtwister5959@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name: ALLY FINANCIAL INC
    Job or Title (if known):
    Street Address: 500 Woodward Avenue
    City and County: Detroit - Wayne County
    State and Zip Code: Michigan 48226
    Telephone Number: (866) 710-4623
    E-mail Address (if known): support@ally.com

Defendant No. 2

    Name: UNITED STATES CORP.
    Job or Title (if known):
    Street Address: 1600 Pennsylvania Avenue NW
    City and County: Washington - District of Columbia County
    State and Zip Code: DC 20500
    Telephone Number: (202) 456-1111
    E-mail Address (if known):

Defendant No. 3

    Name: FEDERAL TRADE COMMISSION (FTC)
    Job or Title (if known):
    Street Address: 600 Pennsylvania Avenue, NW
    City and County: Washington - District Of Columbia County
    State and Zip Code: DC 20580
    Telephone Number: (202) 326-2222
    E-mail Address (if known): oig@ftc.gov.

Defendant No. 4

    Name: U.S. SECURITIES AND EXCHANGE COMMISSION (SEC)
    Job or Title (if known):
    Street Address: 100 F Street, N.E.
    City and County: Washington - District Of Columbia County
    State and Zip Code: DC  20549
    Telephone Number: 202-551-2100
    E-mail Address (if known): Chair@sec.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1344, 18 U.S. Code § 1951, 18 U.S. Code § 1952, 18 U.S. Code § 2319, 18 U.S. Code § 242, 18 U.S. Code § 241, 18 U.S. Code § 112 (Internationally Protected Person), 18 U.S. Code § 878 (IPP), 18 U.S. Code § 514 - Fictitious obligations, [18 U.S. Code § 471 & 18 U.S. Code § 8 - Obligations or securities of United States, 12 U.S. Code § 411, 31 U.S. Code § 3123], 18 U.S. Code § 1341, 18 U.S. Code § 2319, 18 USC 2320, 18 U.S. Code § 1038, 18 U.S. Code § 2381 - Treason, and

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

A debt is not paid by the giving of a note (Federal Reserve Note/Cash/Paper Money). **Nolan Co. v Maryland Causality, 38f. Supp. 479 (1941).**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BRYAN HIYAS ©® used USPS mail and CFPB to communicate to ALLY FINANCIAL INC, and ALLY did not follow the law. ALLY violated security fraud and deprived the common law rights of BRYAN HIYAS ©® without due process of law by unlawful repossession of the private car(Stolen). Also, destroyed the reputation of BRYAN HIYAS ©® by reporting negative reports to the fake credit bureaus such as EXPERIAN, TRANSUNION, EQUIFAX, and etc per 15 U.S. Code §1692a(1). UNITED STATES CORP., FEDERAL TRADE COMMISSION, U. S. SECURITIES AND EXCHANGE COMMISSION, PARAMOUNT RECOVERY SERVICE, THE BANK OF NEW YORK MELLON CORPORATION and CONSUMER FINANCIAL PROTECTION BUREAU violated 18 U.S. Code

## IV. Relief

Therefore, they are considered part of the organized crime or corrupt organization (RICO)

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$500,000 per defendant per 18 U.S. Code § 3571(c)(3) which is a total of $3,500,000.

Plus "Liable 4 times for compensatory damages and 200 times for punitive damages for all of the violations/ crimes." Pacific Mutual Life Insurance Company, Petitioner, v. Cleopatra Haslip et al. 499 U.S. 1 (1991) (111 S. Ct. 1032, 113 L.Ed.2d 1)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/6/2024

Signature of Plaintiff     /s/ Bryan Hiyas UCC §1-308
Printed Name of Plaintiff  BRYAN HIYAS ©®

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Affidavit of Truth

1. "Governments descend to the level of a mere private corporation **[28 U.S. Code § 3002(15)(a)]**, and take on the characteristics of a mere private citizen.. . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government.

    The government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made. Furthermore, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

    When private commercial paper [Federal Reserve Notes] is used by corporate government, then the government loses its sovereignty status and becomes no different than a mere private corporation. **Clearfield Trust Co. v. United States 318 U.S. 363 (1943).**

    a. Your Federal Laws only apply to a U.S. citizen.
    b. Bryan Hiyas © is a Noncitizen National of the U.S. also known as U.S. National. The United States Secretary of State, Anthony Blinken, has been notified and did not respond. Therefore, silence activates estoppel **Carmine v. Bowen, 64 A. 932, 1906**
    c. UNITED STATES CORP., FEDERAL TRADE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, and CONSUMER FINANCIAL PROTECTION BUREAU need to be included because they violated **18 U.S. Code § 241 - Conspiracy against rights.**
    d. Any claim of "immunity" which government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 18 U.S.C. 242, 42 U.S.C. 1983, 42 U.S.C. 1985, and 42 U.S.C. 1986.
    e. According to Title 28 Section 3002 (15), (A) and (B) and (C) the United States is a federal corporation and all agencies of "government" (city and county and state municipalities) are sub-corporations under their superior authority.
    f. **12 U.S. Code § 411** - Only Board of Governors of the Federal Reserve System can use the Federal Reserve Notes (Cash/ Money).
    g. **18 U.S. Code § 8/ 18 U.S. Code § 471/ 31 U.S. Code § 3123-** Only legal tender is in circulation. No lawful money is in circulation. Therefore, the Obligation of the United States includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money
    h. The "United States" as a sovereign entity is a corporation. **Helvering v. Stockholms Enskilda Bank, 293 U.S. 84 (1934)**
    i. Fake sovereign immunity null and voided. Doesn't follow the common law which is the supreme law of the land.

2. In accordance with **PLATSKY v. C.I.A. United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991).** Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead. Therefore the judge cannot merely dismiss my paperwork; he/she must instruct me as to the deficiencies and allow me time so I may correct them.

3. ALLY FINANCIAL, INC, THE BANK OF NEW YORK MELLON (TRUSTEE), and PARAMOUNT RECOVERY SERVICE violated the following below:
    a. **RICO -** 18 U.S. Code § 1344 (Bank fraud) obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.
        i. Forced to pay with Federal Reserve Notes. Only the Board of Governors of the Federal Reserve System is allowed to use per 12 U.S. Code § 411.
            1. [18 U.S. Code § 471; 18 U.S. Code § 8 - Obligations or securities of United States; 31 U.S. Code § 3123]
    b. **RICO** 18 U.S. Code § 1952 - Used mail for extortion **(18 USC § 1952(b)(2)** which is a violation of the laws of the State in which committed or of the United States.
        i. Used mail for coercion and extortion that the private car would be repossessed for nonpayment of Federal Reserve Note (Cash/ Paper Money). Only the Board of Governors of the Federal Reserve System is allowed to use the Federal Reserve Notes.

           ALLY FINANCIAL has been sent 1099a, 1099c, and endorsed security which were mailed via registered mail that can discharge the debt. The endorsed security used the 1863 stamp duties, 31 CFR § 328.5, and 31 CFR § 328.6 format. ALLY FINANCIAL did not do anything.

           BRYAN HIYAS © also tried to send the endorsed security that has the same format to THE BANK OF NEW YORK MELLON via registered mail but they did not do anything as well. Sent them a complaint through CFPB but they refused to respond.

        ii. Mail Fraud - It's illegal to send a statement or bill by mail unless the product or service has been approved or endorsed by the federal government, and the offer is being made by an agency of the federal government. **39 U.S. Code § 3001 and 18 U.S. Code § 1341** - "Whoever, having devised or intending to devise any scheme or artifice to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use…. obligation, security….shall be fined under this title or imprisoned not more than 20 years, or both. **(18 U.S. Code § 471)**

    c. **RICO** 18 U.S. Code § 2319 - Criminal infringement of a copyright
        i. ALLY FINANCIAL committed copyright infringement for the name BRYAN EDWARD AGUILAR HIYAS ©® because they allowed the reputation of BRYAN EDWARD AGUILAR HIYAS ©® to be destroyed without due process of law and without written consent (15 U.S. Code § 1681b(2)). They reported the unlawful reports to the fake credit bureaus such as EXPERIAN, TRANSUNION, EQUIFAX, and etc per 15 U.S. Code §1692a(1).
        ii. Violated 18 U.S. Code § 2320. BRYAN EDWARD AGUILAR HIYAS ©® is a registered trademark.

    d. **RICO** 18 U.S. Code § 1951 - Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce… shall be fined under this title or imprisoned not more than twenty years, or both.
        i. ALLY FINANCIAL did not provide full disclosure.
        ii. Obstructed the security or the obligation of the United States per **12 U.S. Code § 411, 18 U.S. Code § 471, 18 U.S. Code § 8 - Obligations or securities of United States, and 31 U.S. Code § 3123**

      iii. Obstructed BRYAN HIYAS ©® monetary gains in commerce as an investor in their business as I signed the promissory note. They never paid me.
      iv. Commerce means "The exchange of goods, productions, or property of any kind" **Black's Law Dictionary. 4th Edition**
          1. Property such as Security, Federal Reserve Notes, and etc which are obligation of the United States (18 U.S. Code § 471)
      v. Article means "A system of rules" **Black's Law Dictionary. 4th Edition**
          1. They never followed the law after multiple communications with them.
      vi. They also extorted by mail as mentioned in (3)(b) above.
      vii. They sent their criminal partner, PARAMOUNT RECOVERY SERVICE **(18 U.S. Code § 241)**, to repossess **(Stolen [18 U.S. Code § 2119])** the private car without due process of law.
      viii. They never gave me the Manufacturer's Certificate of Origin (MCO) or Manufacturer's Statement of Origin (MSO).

e. Violated 18 U.S. Code § 242 and 18 U.S. Code § 241 for unlawfully depriving the rights of BRYAN HIYAS © without due process of law.

f. 18 U.S. Code § 112 (Internationally Protected Person), 18 U.S. Code § 878 (Internationally Protected Person) - Threatened and extorted an Internationally Protected Person as mentioned above in number 3. Internationally Protected Person is also the same as a Noncitizen National of the United States, U.S. National, and National of the United States. **[18 U.S. Code § 878(c)] and ((8 USC § 1101(a)(21), 42 CFR 61.1(b) & Public Law 94-241 Section 302)**

g. 18 U.S. Code § 514 - Whoever, with the intent to defraud… draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States….any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States
      i. [18 U.S. Code § 471 & 18 U.S. Code § 8 - Obligations or securities of United States,12 U.S. Code § 411, 31 U.S. Code § 3123],

h. 18 U.S. Code § 1341 - "Whoever, having devised or intending to devise any scheme or artifice to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use…. obligation, security….
      i. 18 U.S. Code § 1038 - "Whoever engages in any conduct with intent to convey false or misleading information." Coerced and Extorted BRYAN HIYAS ©®

j. 18 U.S. Code § 2381 - ALLY FINANCIAL committed Treason. All executives, investors, and partners in their criminal business practice shall suffer death.

k. 15 U.S. Code § 1605 - Not including Insurance and/or other fees in the finance charge
l. 15 U.S. Code § 1662 - Unlawful requirement of downpayment.
m. 12 CFR 1002.4 (a) - High Rates/APR due to bad credit and/ or other criteria. (Discrimination)
n. Violated Security Fraud - Page 44 of Section 6.04. Rights and Remedies Cumulative. of ALLY FINANCIAL INC., and THE BANK OF NEW YORK MELLON, PURCHASE CONTRACT AGREEMENT - They want BRYAN HIYAS ©® to mutilate, destroy, lose, or steal the security which is the bottom part of the security. The top part is the bond and the bottom part is the coupon.
      i. Page 43 Article 6 Section 6.01. Unconditional Right of Holders to Receive Shares of Common Stock of ALLY FINANCIAL INC., and THE BANK OF NEW YORK MELLON, PURCHASE CONTRACT

        AGREEMENT - They did not pay BRYAN HIYAS ©® as an investor and/ or a Holder of the Purchase Contract

    ii. My promissory note is a form of being an investor in their business. Therefore, investors need to get paid.

        1. "Banks created the money and credit upon its own books by bookkeeping entry as the consideration for the Note. All of the money or credit that was used as a consideration was created upon their books, and it is the standard criminal banking practice exercised. " **First National Bank of Montgomery vs. Jerome Daly (Credit River Case) (1968)**

    iii. Mail Fraud - It's illegal to send a statement or bill by mail unless the product or service has been approved or endorsed by the federal government, and the offer is being made by an agency of the federal government. 39 U.S. Code § 3001 (Mail Fraud)

    iv. The monthly bills that were mailed were a fraud because securities need to be sent via registered mail. (31 CFR § 328.7)

    v. 39 U.S. Code § 3001(d)(A) - It must include that "This is a solicitation for the order of goods or services, or both, and not a bill, invoice, or statement of account due. You are under no obligation to make any payments on account of this offer unless you accept this offer."

o. Equal Credit Opportunity Act / Truth in Lending Act Regulation Z (Penalty, twice the Amount).

p. Fair Credit Reporting Act / 15 U.S. Code § 1611 - False & Inaccurate information.

q. Violated Indentured Trustee of 1939 - The Trust Indenture Act (TIA) of 1939 is a law that prohibited bond issues valued over $10 million from being offered for sale without a formal written agreement (an indenture). Both the bond issuer and the bondholder must sign the indenture, and it must fully disclose the particulars of the bond issue.

r. Fair Debt Collections Practice Act / 15 U.S. Code § 1692 - Debt collection practices.

s. CFPB § 1026.23 Right of Rescission (cancellation)/ **15 U.S. Code § 1635** - Full Disclosure of everything especially the specie of money that they were demanding. Federal Reserve Note is a promissory note.

t. The financing of an automobile by a bank was not a consumer loan transaction where the bank was only the assignee of the automobile Sales contract and therefore acted illegally in taking security in addition to the purchased automobile. **First Nat. Bank v La Joie (Okla) 537 P2d 1207, 86. ALR3d 309.**

u. UNITED STATES CORP., FEDERAL TRADE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU, THE BANK OF NEW YORK MELLON, and PARAMOUNT RECOVERY SERVICE will also be charged with everything mentioned above because they violated **18 U.S. Code § 241 - Conspiracy against rights.** Fake Sovereign immunity is voided per **Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)**

    i. **18 U.S. Code § 2381** - Treason "shall suffer death" for allowing crimes against Americans and Humanity

4. If at any time in the past I inadvertently waived my rights or lessened my status through contract, forgive me. No man or woman would knowingly and intelligently with forethought waive his or her rights. Such agreement would be an unconscionable contract or clause in violation of the Uniform Commercial Code 2-302. Upon that truth I hereby expressly reserve my rights in accordance with the Uniform Commercial Code 1-308 Express reservation of rights.

5. This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all of your colleagues, superiors and subordinates involved in this matter and which may have future interactions with me. **Connally v. General Construction Co., 269 U.S. 385 (1926).**

    a. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent

legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this public formal instrument.

6. The Uniform Commercial Code 3-402 is void. Article 2 Section 4 of the constitution for the United States authorizes that all government agents be removed from office for crimes against the people. The UCC and the constitution are in conflict and therefore the UCC, which is not law, is void because of the Supremacy Clause which states: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any thing in the Constitution or Laws of any State to the Contrary notwithstanding." The unconstitutional "magic signature" of U.C.C. 3-402 does not protect Judges and clerks.

7. There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. **Cooper v. O'CONNOR, 99 F.2d 135 (D.C. Cir. 1938)**
    a. British Accreditation Registry (BAR)
    b. There are no judge and/or judicial courts in America since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. **FRC v. GE 281 US 464 (1930); Keller v. PE 261 US 428 (1923)**

8. Due to the judges' public oath to defend and protect the constitution of the United States he/she must abide by decisions of other Superior Courts which include other State Supreme Court, Federal Court, Federal Appellate Courts and the United States Supreme Courts, decisions. It is called Stare Decisis, which is Latin for 'previously decided'. Article IV Relationships Between the States Section 1 Full Faith and Credit Clause demands such. It is written; "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."

9. "The common law is the real law, the supreme law of the land. The code, rules, regulations, policy, and statutes are not law." **Self v. Rhay, 61 Wn. 2d 261, 61 Wash. 2d 261, 377 P.2d 885 (Wash. 1963)**

10. Updated Relief: $500,000 per defendant per 18 U.S. Code § 3571(c)(3) which is a total of $3,500,000.
    Plus "Liable 4 times for compensatory damages and 200 times for punitive damages for all of the violations/ crimes." **Pacific Mutual Life Insurance Company, Petitioner, v. Cleopatra Haslip et al. 499 U.S. 1 (1991) (111 S.Ct. 1032, 113 L.Ed.2d 1)**

11. You have 33 days without extension from the receipt of this AFFIDAVIT to respond on a point-by-point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete, and not misleading. Failure to respond will be deemed Nil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within this AFFIDAVIT and as an acceptance of liability.

**CERTIFICATION** Affidavit pursuant to 28 United States Code, Title 1746 and Public Law 94-550, § 1(a). See Dickerson vs. Wainwright, 626 F.2d Title 1184 (5th Cir. 1980), held the affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have the same effect.

I declare under penalty of perjury under the laws of the United States of America Republic that the foregoing is true and correct. Executed on May 6, 2024.

Void Where Prohibited By Law

/s/ Bryan Edward A. Hiyas ©
All Rights Reserved Without Prejudice **UCC §1-308**
Attorney-in-Fact **(15 U.S. Code § 1)**
Noncitizen National of the U.S. **(8 U.S. Code § 1101(a)(21) & Public Law 94-241 Section 302 )**
Internationally Protected Person **(18 U.S. Code § 112)**
Nor be deprived of life, liberty, or property, without due process of law **(18 U.S. Code § 242)**
Private Criminal Investigator and Federal Witness **(18 U.S. Code §1510, §1512-13, §1964(a))**