UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HIYAS,<br><br>                              Plaintiff,<br>v.<br><br>ALLY FINANCIAL INC., UNITED STATES CORP., et al.,<br><br>                              Defendants. | Case No. 2:24-cv-00780-ART-EJY<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

*Pro se* Plaintiff Bryan Hiyas filed this civil rights suit against federal agencies and an entity located in Detroit, Michigan. (ECF No. 1.) Magistrate Judge Youchah issued a report and recommendation ("R&R") recommending that Plaintiff's claims against the United States, the Security and Exchange Commission, the Federal Trade Commission, and the Consumer Financial Protection Bureau be dismissed with prejudice. (ECF No. 3.) Judge Youchah also ordered that Plaintiff's claims against Paramount Recovery Service and Ally Financial be dismissed with leave to amend. (*Id.*) Plaintiff filed an amended complaint. (ECF No. 4.) Judge Youchah then issued a second R&R recommending that all of Plaintiff's claims be dismissed for failure to establish jurisdiction. (ECF No. 5.)

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any

1

review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to either of Judge Youchah's report and recommendations and his time to do so has now expired. (ECF No. 5.)

**Conclusion**

The Court therefore orders that Judge Youchah's report and recommendations (ECF No. 3, ECF No. 5) are ADOPTED in full.

In accordance with those report and recommendations, the Court DISMISSES Plaintiff's amended complaint (ECF No. 4) without prejudice.

The Clerk of the Court is directed to enter judgment accordingly and close the case.

DATED THIS 20th day of November 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE